**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KOM SOFTWARE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY and DREAMWORKS ANIMATION LLC,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 18-159 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| KOM SOFTWARE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>NETAPP, INC., APACHE CORPORATION, and ON SEMICONDUCTOR, LLC,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 18-160 (RGA)<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART**

Dated: February 1, 2019

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

*Attorneys for Defendants NetApp, Inc., Apache Corporation, and ON Semiconductor Corporation*

McCARTER & ENGLISH, LLP

/s Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com

*Attorneys for Defendants Hewlett Packard Enterprise Company and Dreamworks Animation LLC*

**EXHIBITS**

| Description | Ex. No. |
|---|---|
| U.S. Patent No. 6,438,642 ("'642 patent") | 1 |
| U.S. Patent No. 7,392,234 ("'234 patent") | 2 |
| U.S. Patent No. 6,654,864 ("'864 patent") | 3 |
| U.S. Patent No. 7,536,524 ("'524 patent") | 4 |
| U.S. Patent No. 8,234,477 ("'477 patent") | 5 |
| U.S. Patent No. 9,361,243 ("'243 patent") | 6 |
| U.S. Patent No. 7,076,624 ("'624 patent") | 7 |
| Examiner Interview Summary from the file history of the '642 patent, dated May 9, 2000 | 8 |
| Amendment from the file history of the '642 patent, dated June 23, 2000 | 9 |
| Amendment from the file history of the '642 patent, dated April 12, 2001 | 10 |
| Amendment from the file history of the '642 patent, dated August 13, 2001 | 11 |
| Reply from the file history of the '642 patent, dated February 27, 2002 | 12 |
| Amendment from the file history of the '234 patent, dated March 15, 2005 | 13 |
| Amendment from the file history of '234 patent, dated March 7, 2006 | 14 |
| Amendment from the file history of '234 patent, dated December 8, 2006 | 15 |
| Amendment from the file history of '234 patent, dated October 3, 2007 | 16 |
| Amendment from the file history of the '624 patent, dated June 23, 2005 | 17 |
| Amendment from the file history of the '624 patent, dated December 5, 2005 | 18 |
| Amendment from the file history of the '243 patent, dated September 14, 2015 | 19 |
| Notice of Allowability from the file history of the '642 patent, dated May 1, 2002 | 20 |
| Notice of Allowance from the file history of the '864 patent, dated May 19, 2002 | 21 |
| Notice of Allowance from the file history of the '624 patent | 22 |
| Amendment from the file history of '234 patent, dated June 24, 2004 | 23 |

## I. U.S. Patent No. 6,438,642

’642 Patent Asserted Claims: 1-3, 6-7, 10, 12-17, 20

| No. | Claim Term(s) | Plaintiff’s Construction | Defendants’ Construction |
|---|---|---|---|
| 1 | “file” (claims 1–3, 12–17) | Plain and ordinary meaning; *or* an electronic collection of data or information accessible by a file system.<br><br>Intrinsic support:[1]<br>Figs. 4, 6, 7 and associated text in the specification; 3:17-25; 4:65-5:13; 5:57-67; Reply dated February 27, 2002 | “a collection of data or information, identified by a filename, that is available to an operating system and application programs”<br><br>Intrinsic support:<br>Ex. 1, ’642 patent at 2:7-39, 2:55-56, 2:59-60, 3:14-17, 3:26-38, 3:45-46, 3:57-4:6, 4:7-40, 5:30-41, FIGs. 4, 6.<br><br>Ex. 8, Interview Dated May 9, 2000; Ex. 9, Response Dated June 23, 2000; Ex. 10, Response Dated April 12, 2001; Ex. 11, Response Dated August 13, 2001; Ex. 12, Response Dated February 27, 2002. |
| | “file-based” (claims 1–2, 12–17) | Plain and ordinary meaning.<br><br>Intrinsic support:<br>Figs. 4, 6, 7 and associated text in the specification; 3:17-25; 4:65-5:13; 5:57-67; Reply dated February 27, 2002 | “based on file(s)” (as defined above)<br><br>Intrinsic support:<br>Ex. 1, ’642 patent at 2:7-39, 2:55-56, 2:59-60, 3:14-17, 3:26-38, 3:45-46, 3:57-4:6, 4:7-40, 4:64-5:3, 7:56-63, FIGs. 4, 6.<br><br>Ex. 8, Interview Dated May 9, 2000; Ex. 9, Response Dated June 23, 2000; Ex. 10, Response Dated April 12, 2001; Ex. 11, Response Dated |

[1] Each party hereby incorporates all citations to intrinsic and extrinsic evidence by the other parties and reserve the right to rely on all such evidence and contextual references. Although the cited evidence reflects the parties’ good faith attempt to identify the relevant intrinsic evidence, the parties agree that either party can rely on intrinsic evidence regardless of whether said evidence was explicitly listed in the Joint Claim Construction Chart.

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | | | August 13, 2001; Ex. 12, Response Dated February 27, 2002. |
| 2 | "virtual file-based non-volatile storage medium" (claims 1, 7, 13, 16–17)<br><br>"[a] virtual file-based non-volatile storage device" (claim 12) | Plain and ordinary meaning.<br><br><u>Intrinsic support</u>:<br>Abstract; Figs. 2, 3, 4, 5, 6 and associated text in the specification; 1:8-11; 2:7-39; 3:26-56; 3:57-4:41; 5:29-41; Interview Summary dated May 9, 2000; Amendment dated June 23, 2000; Amendment dated April 11, 2001; Amendment dated August 13, 2001; Reply dated February 27, 2002; Notice of Allowability | "single virtual non-volatile disk drive that stores data in the form of files on the plurality of file system [storage] partitions"<br><br><u>Intrinsic support</u>:<br>Ex. 1, '642 patent at 2:7-39, 2:55-56, 2:59-60, 3:26-38, 3:57-4:6, 4:7-40, FIGs. 4, 6.<br><br>Ex. 8, Interview Dated May 9, 2000; Ex. 9, Response Dated June 23, 2000; Ex. 10, Response Dated April 12, 2001; Ex. 11, Response Dated August 13, 2001; Ex. 12, Response Dated February 27, 2002. |
| 3 | "means for storing data at locations within said virtual file-based non-volatile storage device" (claim 12) | Plain and ordinary meaning. *See TecSec, Inc. v. International Business Machines Corp.*, 731 F.3d 1336, 1348 (Fed. Cir. 2013).<br><br><u>Intrinsic support</u>:<br>Abstract; Figs. 2, 3, 4, 5, 6 and associated text in the specification; 1:8-11; 2:7-39; 3:26-56; 3:57-4:41; 5:29-41; 6:1-25; Interview Summary dated May 9, 2000; Amendment dated June 23, 2000 | <u>Function</u>: storing data at locations within said virtual file-based non-volatile storage device<br><br><u>Structure</u>: data storage area of one or more hard disk drives or portions thereof; and equivalents thereof<br><br><u>Intrinsic support</u>:<br>Ex. 1, '642 patent at 3:10-25, 3:29-55, 4:7-30, 4:42-44, 4:65-5:3, 5:57-67, FIGs. 1B, 2-5.<br><br>Ex. 9, Response Dated June 23, 2000; Ex. 10, Response Dated April 12, 2001. |
| | "storing the provided data" (claims 1, 16) | Plain and ordinary meaning.<br><br><u>Intrinsic support</u>:<br>Abstract; Figs. 2, 3, 4, 5, 6 and associated text | "storing data in one or more hard disk drives or portions thereof"<br><br><u>Intrinsic support</u>: |

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | | in the specification; 1:8-11; 2:7-39; 3:26-56; 3:57-4:41; 5:29-41; 6:1-25; Interview Summary dated May 9, 2000; Amendment dated June 23, 2000 | Ex. 1, '642 patent at 3:10-25, 3:28-55, 4:7-30, 4:42-44, 4:65-5:3, 5:57-67, FIGs. 1B, 2-5.<br><br>Ex. 9, Response Dated June 23, 2000; Ex. 10, Response Dated April 12, 2001. |
| 4 | "means for storing index data" (claims 12–14) | Plain and ordinary meaning. *See TecSec, Inc. v. International Business Machines Corp.*, 731 F.3d 1336, 1348 (Fed. Cir. 2013). Not limited to hard disk drives or portions thereof.<br><br>Intrinsic support:<br>Figs. 1, 4 and associated text in the specification; 1:8-11; 3:7-25; 3:41-56; 4:7-27; 5:47-67 | Function: Storing index data / information<br><br>Structure: index area of one or more hard disk drives or portions thereof; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 1, '642 patent at Abstract, 3:15-17, 3:32-38, 3:47-56, 4:7-29, 4:31-41, 5:47-50, 5:58-67, 7:1-4, FIGs. 1, 2, 4-6. |
| | "storing index information" (claims 1, 16) | Plain and ordinary meaning. Not limited to hard disk drives or portions thereof.<br><br>Intrinsic support:<br>Figs. 1, 4 and associated text in the specification; 1:8-11; 3:7-25; 3:41-56; 4:7-27; 5:47-67 | "storing index information on one or more hard disk drives or portions thereof"<br><br>Intrinsic support:<br>Ex. 1, '642 patent at Abstract, 3:47-56, 4:7-29, 4:31-41, 5:47-50, 5:58-67, 7:1-4, FIGs. 2, 4-6. |
| 5 | "means for updating index data"<br>(claims 13–14) | Function: updating index data<br><br>Corresponding Structure: Fig. 4 and associated text in the specification; 3:7-25; 4:7-29; 7:10-20 | Function: Updating index data<br><br>Structure: an algorithm for (1) receiving location data for updating index data for the stored data, and (2) writing or updating such index data to reflect the received location data; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 1, '642 patent at 3:19-21, 4:15-29, FIG. 4. |

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| 6[2] | "means for archiving data stored within said virtual file-based non-volatile storage device" (claim 15) | Plain and ordinary meaning. Not limited to optical media or hard disk drives.<br><br>Intrinsic support:<br>Fig. 7 and associated text in the specification; 1:8-11; 4:64-5:29; 5:57-67 | Function: archiving data stored within said virtual file-based non-volatile storage device<br><br>Structure: optical media or hard disk drives and an algorithm to move files to the optical media or hard disk drives that has not<br>been accessed for over a predetermined amount of time; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 1, '642 patent at 5:14-18, 5:59-61, 6:9-11, FIG. 7.<br><br>Ex. 11, Response Dated August 13, 2001. |
| | "archiving stored data that is not accessed for more than a predetermined amount of time" (claims 10, 20) | Plain and ordinary meaning. Not limited to optical media or hard disk drives.<br><br>Intrinsic support:<br>Fig. 7 and associated text in the specification; 1:8-11; 4:64-5:29; 5:57-67 | "move files to the optical media or hard disk drives that has not been accessed for over a predetermined amount of time"<br><br>Intrinsic support:<br>Ex. 1, '642 patent at 5:14-18, 5:59-61, 6:9-11, FIG. 7.<br><br>Ex. 11, Response Dated August 13, 2001. |

[2] KOM objects that these terms are inappropriately categorized. To the extent one or more of these terms is determined to be subject to Section 112, paragraph 6, KOM reserves the right to identify corresponding structure.

## II. U.S. Patent No. 7,392,234

’234 Patent Asserted Claims: 1-7, 45-57

| No. | Claim Term(s) | Plaintiff’s Construction | Defendants’ Construction |
|---|---|---|---|
| 7 | “file” (claims 1-7, 45-57) | Plain and ordinary meaning; *or*<br>an electronic collection of data or information accessible by a file system.<br><br>Intrinsic support:<br>Figs. 3A, 4, 6 and associated text in the specification; 2:24-27; 4:61-65; Amendment dated June 24, 2004; Amendment dated March 7, 2006 | “a collection of data or information, identified by a filename, that is available to an operating system and application programs”<br><br>Intrinsic support:<br>Ex. 2, ’234 patent at 1:48-50, 1:55-59, 2:43-55, 5:12-20, 5:32-42. |
| 8 | “file lifecycle” (claims 1-7, 45-57) | Plain and ordinary meaning; *or*<br>a file’s existence from its inception throughout its stages of life to the end of its useful existence<br><br>Intrinsic support:<br>Figs. 3A, 4 and associated text in the specification; 4:61-65; 5:33-43; Amendment dated June 24, 2004; Amendment dated March 7, 2006 | “a file’s accessibility throughout its existence on any of the storage components or servers that comprise a virtual storage space”<br><br>Intrinsic support:<br>Ex. 2, ’234 patent at 2:43-54, 3:50-58.<br><br>Ex. 13, Response Dated March 15, 2005; Ex. 14, Response Dated March 7, 2006; Ex. 15, Response Dated December 8, 2006; Ex. 16, Response Dated October 3, 2007. |
| 9 | “lifecycle policies” (claims 1-2, 4-6, 45, 47-49, 51, 53-55) | Plain and ordinary meaning; *or*<br>policies applicable for the duration of a file lifecycle<br><br>Intrinsic support:<br>Figs. 3A, 4, 6 and associated text in the specification; 5:2-11; 6:3-41;10:54-11:3; 11:30-47; Amendment dated June 24, 2004; Amendment dated March 7, 2006 | “predefined administration policies relating to file location and file disposition”<br><br>Intrinsic support:<br>Ex. 2, ’234 patent at 1:54-59, 2:43-54, 5:33-43, FIGs. 3a, 4.<br><br>Ex. 13, Response Dated March 15, 2005; Ex. 14, Response Dated March 7, 2006; Ex. 15, Response |

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | | | Dated December 8, 2006; Ex. 16, Response Dated October 3, 2007. |
| 10 | "associating a set of lifecycle policies with a file in a file system" (claim 1)<br><br>"associated therewith a set of lifecycle policies" (claims 45, 51) | Plain and ordinary meaning.<br><br>Intrinsic support:<br>Figs. 3A, 4, 6 and associated text in the specification; 5:2-11; 5:33-6:2; 6:3-41; 10:54-11:3; 11:30-47 | "creating an association between one or more lifecycle policies and a file in a file system"<br><br>Intrinsic support:<br>Ex. 2, '234 patent at 5:49-6:2, 10:54-11:3, 11:23-28.<br><br>Ex. 15, Response Dated December 8, 2006; Ex. 16, Response Dated October 3, 2007. |

## III. U.S. Patent Nos. 6,654,864, 7,076,624, 7,536,524, 8,234,477, & 9,361,243[3]

’864 Patent Asserted Claims: 1-3, 5-6, 9

’624 Patent Asserted Claims: 1-31

’524 Patent Asserted Claims: 1-4, 9, 11, 18-19, 24, 29-32

’477 Patent Asserted Claims: 1-8, 10-12, 14, 16-27, 31-32, 35-39, 43-46, 48, 50, 54-57

’243 Patent Asserted Claims: 1-8, 10-12, 14, 16-21, 24-27, 32-37, 39, 54-57, 61-73, 75-77, 79, 81-89, 93-96, 101-103

| No. | Claim Term(s) | Plaintiff’s Construction | Defendants’ Construction |
|---|---|---|---|
| 11 | “a same portion of each file stored on the logical storage medium” (’864 Patent, claim 1) | Plain and ordinary meaning; *or* applicable to a corresponding part of each file stored on the logical storage medium<br><br>Intrinsic support: ’864 patent, Figs. 5 and associated text in specification; 3:13-60; 10:11-17 | “the entire portion of each file stored on the logical storage medium”<br><br>Intrinsic support:<br>Ex. 3, ’864 patent at 2:1-11, 3:13-21. |
| 12 | “logical storage medium” (’624 Patent, claims 1-3, 7-8, 12-14, 18-19, 22-24, 28-29; ’864 Patent, claims 1-2, 5-6, 9) | Plain and ordinary meaning; *or* a combination of one or more physical storage media that is treated as a separate storage location by the operating system<br><br>Intrinsic support: ’864 patent, Figs. 5 and associated text in specification; 3:13-23; 3:61-63; 10:11-17; ’864 Notice of Allowability; ’624 Notice of Allowance | “either a physical storage medium or a portion of physical storage medium that is treated by the operating system as a separate storage medium.”<br><br>Intrinsic support:<br>Ex. 3, ’864 patent at 10:11-17. |
| 13 | “regardless of an identity of a user” (’624 Patent, | Plain and ordinary meaning. | “for all users regardless of identity” |

[3] To the extent that evidence from one patent’s specification is cited and one or more of the other patents’ specifications include the same evidence, the citation includes the right to cite the other patents’ specifications.

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | claims 1, 12, 22;'524 Patent, claims 1, 29, 32;'477 Patent, claims 1, 22, 54;'243 Patent, claims 1, 54, 62, 66) | Intrinsic support: '624 patent, Figs. 3, 4, 5 and associated text in specification; 2:38-56; 3:27-42; 7:54-8:67; '524 patent, 3:58-4:12; 5:63-6:8; Amendment dated December 5, 2005 ('624 patent); | Intrinsic support:<br>Ex. 4, '524 patent at 4:2-5, 5:12-15, 5:24-27, 6:1-3, 6:15-21, 16:16-24; Ex. 5, '477 patent at 4:5-7, 5:6-8, 5:13-16, 5:25-27, 6:1-4, 6:19-23; Ex. 6, '243 patent at 4:11-21, 5:17-19, 5:24-27, 5:36-39, 6:12-15, 6:30-34.<br><br>Ex. 17, Response Dated June 23, 2005; Ex. 18, Response Dated December 5, 2005. |
| 14[4] | "intercepting" ('624 Patent, claims 1, 12, 22; '524 Patent, claims 1, 29, 32; '477 Patent, claims 1, 20, 22, 44-46, 48, 50, 54, 57; '243 Patent, claim 1, 20, 25-27, 36, 54, 57, 62, 66, 85, 93-95) | Generally, plain and ordinary meaning. Not limited to Windows NT filter driver. | "processing in a Windows NT filter driver prior to reaching the file system layer"<br><br>Intrinsic support:<br>Ex. 7, '624 patent at 1:33-44, 2:57-63, 4:23-25, 4:25-28, 7:39-41, 7:49-51, 7:54-8:9, 8:16-20, 9:27-32, 9:50-58, 7:30-10:15, FIGs. 1, 3-7; Ex. 5, '477 patent at 4:57-59, 4:64-67, 8:10-14, 26:30-34, FIG. 5; Ex. 6, '243 patent at 5:1-11, 6:2-5, 6:12-15; 13:23-27, 16:34-52, 23:60-62, 24:48-51, 24:56-57, FIG. 5.<br><br>Ex. 10, Response Dated Jun. 23, 2005; Ex. 18, Response Dated December 5, 2005. |
| | "interception means for intercepting in a trap layer an attempted operation on said at least one logical portion | Generally, plain and ordinary meaning. Not limited to Windows NT filter driver. | Function: intercepting in a trap layer [an attempted operation on said at least one logical portion identified by at least one data identifier] [or other recited functions]<br><br>Structure: Windows NT filter driver logically |

[4] KOM objects that these terms are inappropriately categorized. To the extent one or more of these terms is determined to be subject to Section 112, paragraph 6, KOM reserves the right to identify corresponding structure.

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | identified by at least one data identifier" ('624 Patent, claim 12)<br><br>"means for intercepting an attempted operation on said at least a portion of the storage medium" ('524 Patent, claim 32) | | disposed between the application layer and the file system layer; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 7, '624 patent at 1:33-44, 2:57-63, 4:23-25, 4:25-28, 7:39-41, 7:49-51, 7:54-8:9, 8:16-20, 9:27-32, 9:50-58, 7:30-10:15, FIGs. 1, 3-7; Ex. 5, '477 patent at 4:57-59, 4:64-67, 8:10-14, 26:30-34, FIG. 5; Ex. 6, '243 patent at 5:1-11, 6:2-5, 6:12-15, 13:23-27, 16:34-52, 23:60-62, 24:48-51, 24:56-57, FIG. 5.<br><br>Ex. 17, Response Dated June 23, 2005; Ex. 18, Response Dated December 5, 2005. |
| | "trap layer" ('624 Patent, claims 1, 12, 22; '477 Patent, claims 35, 44-46, 48, 50; '243 Patent, claim 1, 25-27, 36, 57, 54, 62, and 66, 93-95) / "filter layer" | "a code layer that limits operations performed on the storage medium to those supported by the read/write device by limiting the requests passed onto the file system layer or, when the trap layer forms part of the file system layer, by filtering and/or modifying the requests"<br><br>Intrinsic support: '624 patent, Figs. 3, 4, 5, 7 and associated text in specification; 2:38-56; 3:27-42; 7:54-8:67; 9:19-41; 9:65-10:8; February 13, 2006 Interview Summary; '624 Notice of Allowance; Amendment dated September 14, 2015 ('243 patent) | "Windows NT filter driver logically disposed between the application layer and the file system layer"<br><br>Intrinsic support:<br>Ex. 7, '624 patent at 1:33-44, 2:57-63, 4:23-25, 4:25-28, 7:39-41, 7:49-51, 7:55-8:9, 8:16-20, 9:27-32, 9:50-58, 7:30-10:15, FIGs. 1, 3-7; Ex. 5, '477 patent at 4:57-59, 4:64-67, 8:10-14, 26:30-34, FIG. 5; Ex. 6, '243 patent at 5:1-11, 6:2-5, 6"13-16; 13:23-26, 16:34-52, 23:60-62, 24:48-51, 24:56-57, FIG. 5.<br><br>Ex. 17, Response Dated June 23, 2005; Ex. 18, Response Dated December 5, 2005. |
| 15 | "a content of a logical file" ('477 Patent, claim 2;'243 Patent, claims 2, | Plain and ordinary meaning. Not limited to user data. | "user data of a file"<br><br>Intrinsic support: |

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | 63, 67)<br><br>"a content of the file" ('477 Patent, claim 4)<br><br>"a file content" ('243 Patent, claims 4, 63, 69) | | Ex. 5, '477 patent at 18:19-49, 19:64-67, 23:30-24:14; Ex. 6, '243 patent at 7:4-10, 18:24-19:5. |
| 16 | "The computer implemented method according to claim [1\|6]" ('243 Patent, claims 7-8, 10-12,14, 16-21, 32-37) | Plain and ordinary meaning. Not invalid. | Claims 1-6 were printed/issued without reflecting amendments made during prosecution.  Therefore, the claims as printed in the patent are invalid, and this impacts not only claims 1-6, but also claims 7-40, which depend from claims 1 and 6.<br><br>Intrinsic support:<br>Ex. 6, '243 patent at claims 1-6.<br><br>Ex. 19, Response Dated September 14, 2015. |
| 17 | "The method according to claim [66\|71]" ('243 Patent, claims 73, 75, 77, 79, 81-83, 85-87, 101-102) | Plain and ordinary meaning. Not invalid. | Starting at claim 73, the dependent claims switch from system claims (see the independent claim) to method claims.  This improper switch between system and method claims is reflected in dependent claims 73 and higher that depend from claims 66 and 71.<br><br>Intrinsic support:<br>Ex. 6, '243 patent at claims 66, 71. |
| 18 | "providing means for providing an operation access privilege indicative of at least one of an enabled operation and/or a restricted | Function: providing an operation access privilege indicative of at least one of an enabled operation and/or a restricted operation to be performed on at least a logical portion of a logical storage medium | Function: providing an operation access privilege indicative of at least one of an enabled operation and/or a restricted operation to be performed on at least a logical portion of a logical storage medium<br><br>Structure: storage medium, and equivalents thereof |

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | operation to be performed on at least a logical portion of a logical storage medium" ('624 Patent, claim 12) | Corresponding Structure: '864 patent, 3:13-21; 3:22-36; 3:41-54; 3:57-63; Fig. 6 and associated text; 8:46-58; 9:41-58 | Intrinsic support:<br>Ex. 7, '624 patent at 2:38–63, 4:17–62, 9:44-45. |
| 19 | "means for associating" ('624 Patent, claim 12; '524 Patent, claim 32) | Function: associating said operation access privilege with at least one logical portion of said logical storage medium<br><br>Corresponding Structure: '864 patent, 3:13-21; 3:22-36; 3:41-54; 3:57-63; Fig. 6 and associated text; 8:46-58; 9:41-58 | Function: associating said operation access privilege with at least one logical portion of said logical storage medium<br><br>Structure: storage medium, and Windows NT filter driver logically disposed between the application layer and the file system layer; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 7, '624 patent at 7:30-54, 9:42-58. |
| 20 | "means for allowing said attempted operation if matching said enabled operation" ('624 Patent, claim 12)<br><br>"means for modifying and allowing said modified attempted operation" ('624 Patent, claim 12) | Function: [modifying and] allowing said [modified] attempted operation [if matching said enabled operation]<br><br>Corresponding Structure: '864 patent, 3:13-21; 3:22-36; 3:41-54; 3:57-63; Fig. 6 and associated text; 8:46-58; 9:41-58; Fig. 7 and associated text; 9:59-64; 9:66-10:10; Amendment dated June 23, 2005 | Function: (modifying and) allowing said attempted operation if matching said enabled operation<br><br>Structure: Windows NT filter driver logically disposed between the application layer and the file system layer; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 7, '624 patent at 7:30-8:6, 9:31-41. |
| 21 | "denial means for denying said attempted operation" ('624 Patent, claim 12) | Function: denying said attempted operation<br><br>Corresponding Structure: '864 patent, 3:13-21; 3:22-36; 3:41-54; 3:57-63; Fig. 7 and | Function: denying the attempted operation<br><br>Structure: Windows NT filter driver logically disposed between the application layer and the file |

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | | associated text; 9:1-10; 9:11-19; 9:59-64; 9:66-10:10;<br><br>Not limited to Windows NT filter driver. | system layer; and equivalents thereof<br><br><u>Intrinsic support:</u><br>Ex. 7, '624 patent at 7:30-8:6. |
| 22 | "means for allowing, or denying the attempted operation based on comparing the attempted operation to the access privilege" ('524 Patent, claim 32) | Plain and ordinary meaning.<br><br><u>Intrinsic support</u>: '524 patent, Figs. 3, 4, 5, 7 and associated text in specification; 3:14-37; 3:58-4:12; 4:23-27; 4:31-35; 4:66-5:27; 5:63-6:8 | <u>Function</u>: allowing, or denying the attempted operation based on comparing the attempted operation to the access privilege<br><br><u>Structure</u>: Windows NT filter driver logically disposed between the application layer and the file system layer; and equivalents thereof<br><br><u>Intrinsic support:</u><br>Ex. 7, '624 patent at 7:30-8:6. |
| 23 | "means for at least one of reading, executing, appending, creating new objects, deleting, renaming, moving, overwriting, modifying attributes, and/or modifying data object security" ('624 Patent, claim 16) | Plain and ordinary meaning.<br><br><u>Intrinsic support</u>: '624 patent, Figs. 3, 4, 5, 7 and associated text in specification; 3:18-42; 5:4-50; 7:10-29; 8:7-25 | <u>Function</u>: at least one of reading, executing, appending, creating new objects, deleting, renaming, moving, overwriting, modifying attributes, and/or modifying data object security<br><br><u>Structure</u>: Windows NT filter driver logically disposed between the application layer and the file system layer; and equivalents thereof<br><br><u>Intrinsic support:</u><br>Ex. 7, '624 patent at 7:30-8:24. |
| 24 | "means for applying a plurality of operation access privileges" ('624 Patent, claims 17–19) | <u>Function</u>: applying a plurality of operation access privileges<br><br><u>Structure</u>: '864 Patent, 3:13-21; 3:22-36; 3:41-54; 3:57-63; Fig. 6 and associated text; 8:46-58; 9:41-58 | <u>Function</u>: applying a plurality of operation access privileges<br><br><u>Structure</u>:<br>Windows NT filter driver logically disposed between the application layer and the file system layer; and equivalents thereof |

| No. | Claim Term(s) | Plaintiff's Construction | Defendants' Construction |
|---|---|---|---|
| | | | Intrinsic support:<br>Ex. 7, '624 patent at 7:30-8:24. |
| 25 | "means for comparing the attempted operation to the access privilege" ('524 Patent, claim 32) | Function: comparing the attempted operation to the access privilege<br><br>Structure: '864 Patent, 3:13-21; 3:22-36; 3:41-54; 3:57-63; Fig. 7 and associated text; 9:1-10; 9:11-19; 9:59-64; 9:66-10:10;<br><br>Not limited to Windows NT filter driver. | Function: comparing the attempted operation to the access privilege<br><br>Structure:<br>Windows NT filter driver logically disposed between the application layer and the file system layer; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 7, '624 patent at 2:57–63; Ex. 4, '524 patent at 3:9-13. |
| 26 | "means for enforcing at least one retention policy comprising applying a restricted state to said at least a portion of the storage medium and preventing modification of the restricted state portion of the storage medium" ('524 Patent, claim 32) | Function: enforcing at least one retention policy comprising applying a restricted state to said at least a portion of the storage medium and preventing modification of the restricted state portion of the storage medium<br><br>Corresponding Structure: '524 patent, 13:40-17:23 | Function: enforcing at least one retention policy comprising applying a restricted state to said at least a portion of the storage medium and preventing modification of the restricted state portion of the storage medium<br><br>Structure:<br>storage medium, and Windows NT filter driver logically disposed between the application layer and the file system layer; and equivalents thereof<br><br>Intrinsic support:<br>Ex. 4, '524 patent at 12:40-42, 12:48-50. |