IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOM SOFTWARE INC., § | |
| § | |
| *Plaintiff*, § | |
| § | C.A. No. 18-160 (WCB) |
| v. § | |
| § | |
| NETAPP, INC. § | **JURY TRIAL DEMANDED** |
| § | |
| *Defendant*. § | |
| § | |

**STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**

To permit for the orderly conclusion of expert discovery and for the reasons in counsel's e-mail of December 7, 2023, Plaintiff KOM Software Inc. and Defendant NetApp, Inc. (collectively, "the Parties"), request an extension of the below expert discovery, dispositive/*Daubert* motion, and trial deadlines. The parties have complied with Local Rule 16.4(b) and sent a copy of this request to their respective clients. The Parties, subject to the Court's approval, agreed to extend the expert discovery, dispositive/*Daubert* motion, and trial deadlines as follows:

| Action | Current Deadline | New Deadline |
|---|---|---|
| Expert Rebuttal Reports | December 15, 2023 | February 9, 2024 |
| Reply Expert Reports | January 12, 2024 | March 8, 2024 |
| Complete Expert Discovery | January 26, 2024 | March 29, 2024 |
| Case Dispositive / *Daubert* Motions | February 1, 2024 | April 12, 2024 |
| Response to Case Dispositive / | February 22, 2024 | May 10, 2024 |

1

| *Daubert* Motions | | |
|---|---|---|
| Replies to Cases Dispositive / *Daubert* Motions | March 7, 2024 | May 31, 2024 |
| Pretrial Conference | June 7, 2024 | September 27, 2024* |
| Trial | June 17, 2024 | October 28, 2024 |

\* The parties respectfully include this date as a placeholder for a date to be set by the Court.

Dated: December 13, 2023

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
bfarnan@farnanlaw.com
Michael J. Farnan (Bar No. 5165)
mfarnan@farnanlaw.com
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300

Andrew G. DiNovo (admitted *pro hac vice*)
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Christopher V. Goodpastor (admitted *pro hac vice*)
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Gabriel R. Gervey (admitted *pro hac vice*)
Texas State Bar No. 24072112
ggervey@dinovoprice.com
Michael D. French (admitted *pro hac vice*)
Texas State Bar No. 24116392
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Tel: (512) 539-2626
Fax: (512) 539-2627

*Attorneys for Plaintiff KOM Software Inc.*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Benjamin Hershkowitz
BHershkowitz@gibsondunn.com
Katherine Dominguez
kdominguez@gibsondunn.com
Paul E. Torchia
ptorchia@gibsondunn.com
Allyson Parks
aparks@gibsondunn.com
Allen Kathir
akathir@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000

Nathan R. Curtis
ncurtis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: (214) 698-3100

*Attorneys for Defendant NetApp, Inc.*

SO ORDERED this _____ day of December, 2023.


_____
The Honorable William C. Bryson