IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KOM SOFTWARE INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NETAPP, INC., APACHE CORPORATION, and ON SEMICONDUCTOR, LLC, <br><br> *Defendants*. | § § § § § § § § § § § § § | Civil Action No. 18-160-WCB |

## REVISED SCHEDULING ORDER

The parties' stipulation to modify expert discovery, dispositive/*Daubert* motion, and trial deadlines, Dkt. No. 231, is approved in part and disapproved in part. The following parts of the stipulation are approved:

| Action | Current Deadline | New Deadline |
|---|---|---|
| Expert Rebuttal Reports | December 15, 2023 | February 9, 2024 |
| Reply Expert Reports | January 12, 2024 | March 8, 2024 |
| Complete Expert Discovery | January 26, 2024 | March 29, 2024 |
| Case Dispositive/*Daubert* Motions | February 1, 2024 | April 12, 2024 |
| Response to Case Dispositive/*Daubert* Motions | February 22, 2024 | May 10, 2024 |
| Replies to Cases Dispositive/*Daubert* Motions | March 7, 2024 | May 31, 2024 |

The remaining parts of the stipulation, dealing with the pretrial conference and trial dates, are disapproved. Instead, the pretrial conference and the trial will be held on the following dates:

| Action | Current Date | New Date |
|---|---|---|
| Pretrial Conference | June 7, 2024 | November 8, 2024 |
| Trial | June 17, 2024 | November 18, 2024 |

SO ORDERED this 15th day of December, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE