# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOM SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> NETAPP, INC., <br><br> Defendant. | C.A. No. 18-cv-160-WCB |

## STIPULATION AND ORDER STAYING CASE

The parties, subject to the Court's approval, agree to stay the above action for 45 days pending final documentation resolving this case. The parties shall file a stipulation of dismissal or a status report on or before June 27, 2024.

Dated: May 14, 2024

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*

SO ORDERED this 14th day of May, 2024.

_____
The Honorable William C. Bryson